UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:22-cr-00993-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN RAMACI | ) | |
| | ) | |

## GOVERNMENT'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment") filed December 7, 2022, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above-Defendant for one or more felony violations of Title 18, United States Code, Section 1343 as charged in the Indictment, the United States intends to seek the forfeiture of any and all property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as the result of such offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), or equivalent substitute property, pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

Vehicle:

2017 Alfa Romeo Giulia
VIN: ZARFAECN7H7555208
Asset ID: 23-FBI-000900

[SIGNATURE PAGE TO FOLLOW]

ADAIR F. BOROUGHS
                        UNITED STATES ATTORNEY

            By:         s/ Anne Hunter Young
                        ANNE HUNTER YOUNG #7258
                        Assistant United States Attorney
                        1441 Main Street, Suite 500
                        Columbia, SC 29201
                        803-929-3000

December 21, 2022