# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Jonathan Ramaci

CASE NO. 2:22-r-993

## PLEA

The Defendant, __Jonathan Ramaci__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)   Defendant

1/24/24
Charleston, South Carolina