IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:22-cr-00993-RMG |
| | ) | |
| vs. | ) | NOTICE OF REQUEST FOR |
| | ) | PROTECTION FROM COURT |
| | ) | APPEARANCE |
| | ) | |
| JONATHAN RAMACI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that Jerry N. Theos, attorney for Defendant, is seeking protection from appearance in court in this matter for **August 15, 2024 through September 6, 2024** for the purpose of a planned family vacation. The undersigned further advises that upon information and belief, there are currently no hearings scheduled that conflict with the dates for which protection is requested.

WHEREFORE, the undersigned counsel respectfully requests protection from appearing in court during this time frame.

    Respectfully Submitted,

    By:    s /Jerry N. Theos
            Jerry N. Theos, Esq. (Fed Id 4055)
            The Theos Law Firm, LLC
            11 State Street
            Charleston, SC 29401
            jerry@theoslaw.com
            (843) 577-7046
            **ATTORNEY FOR DEFENDANT**

March 8, 2024
Charleston, SC