IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:22-cr-00993-RMG |
| Plaintiff, ) | |
| v. ) | **MOTION FOR CONTINUANCE OF** |
| ) | **TRIAL** |
| JONATHAN RAMACI, ) | |
| ) | |
| Defendant. ) | |

Comes now the Defendant, Jonathan Ramaci who, by and through his undersigned counsel, respectfully moves the Court to continue the trial date and modify all other corresponding deadlines for the reasons provided herein. The trial in this matter is currently scheduled to begin on June 10, 2024. Defendant, through counsel, respectfully submits that the ends of justice are served by continuing the trial and all corresponding deadlines, and that a continuance is necessary to ensure that his due process rights are not violated and that he receives a fair trial and effective assistance of counsel as required by the Sixth Amendment of the United States Constitution.

## BACKGROUND

On December 7, 2022, Defendant was charged in an Indictment (Case No. 2:22-cr-00993, ECF No. 3) with three counts of Wire Fraud, in violation of 18 U.S.C. § 1343. On December 14, 2022, Defendant was arrested and appointed counsel from the Federal Public Defender's Office. On December 15, 2022, a bond hearing was held before United States Magistrate Judge Molly Cherry, at which time Defendant was released on a One Hundred Thousand Dollar ($100,000.00) secured bond. On May 25, 2023, the Court continued the trial in this case until its October 2023 term of court. Thereafter, the undersigned counsel filed a notice of appearance and a Motion for

1

Substitution of Counsel, which was granted by the Court on June 26, 2023. On August 22, 2023, pursuant to a consent motion by Defendant and the Government, the Court granted a continuance of the trial until the January 15, 2024 term of court. On December 18, 2023, pursuant to another consent motion filed by Defendant and the Government, the Court granted a continuance of the trial until the May 28, 2024 term of court. On January 10, 2024, the Government filed a Superseding Indictment (Case No. 2:22-cr-00993, ECF No. 85), charging the Defendant with twenty-one (21) additional counts. Subsequently, on January 19, 2024, the Court entered an Order setting the trial of the case for June 10, 2024.

## ARGUMENT

Here, there is good cause in support of the instant motion for a continuance. In the time since the Court's last Order of Continuance, the Government has produced voluminous discovery materials related to the numerous additional counts raised in the Superseding Indictment on February 9, 2024 and March 18, 2024, respectively (as well as additional materials associated with the original three (3) counts), which number totals approximately 12,500 pages. As such, the Defendant and the undersigned counsel require additional time to review and analyze all of the materials which have been produced to date. Moreover, a continuance is warranted in order to afford the Defendant's expert witnesses sufficient time to review all of the relevant discovery materials, financial documents, and records, including, in particular, those recently produced by the Government. Further, the undersigned counsel needs additional time, after analyzing the documents, to meet with the Defendant and potential witnesses, in order to fully, competently, and effectively prepare for the trial of this case.

Undersigned defense counsel has discussed and addressed in oral and written communications with the Defendant his rights to a Speedy Trial under federal law, and

2

Defendant voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial. Defendant and undersigned counsel believe that a continuance is essential to enable them to fully and competently prepare for trial and to provide effective representation in the trial of the case. As such and further, a continuance would thereby serve the interests and ends of justice.

## CONCLUSION

Based upon the foregoing, the Defendant respectfully requests that the trial of this case be continued to another term of court not before September 23, 2024. Undersigned counsel consulted with Counsel for the Government, who indicated that she does not consent and that she would defer to the Court regarding the requested relief.

Respectfully submitted,
*s /Jerry N. Theos*
Jerry N. Theos, Esq. (Fed. I.D. 4055)
E. Gordon Hay, VI, Esq., (Fed.ID 13490)
Theos Law Firm, LLC
11 State Street
Charleston, SC 29401
gordon@theoslaw.com
jerry@theoslaw.com
(843) 577-7046
&
Joseph P. Griffith, Esquire (Fed I.D. 2473)
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Blvd.
Mt. Pleasant, S.C. 29464
843.225.5563 (tel)
joegriffithjr@hotmail.com
ATTORNEYS FOR DEFENDANT

March 26, 2024
Charleston, SC