IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:22-cr-00993-RMG |
| Plaintiff, ) | |
| v. ) | **CONSENT ORDER** |
| ) | |
| JONATHAN RAMACI, ) | |
| ) | |
| Defendant. ) | |

Whereas, the Court has issued a standing Order Governing Discovery in this criminal action (ECF No. 16);

Whereas, the parties hereto have consulted and consented to amending the said Order Governing Discovery as set forth herein;

Whereas, the Court finds the proposed amendment to the Order Governing Discovery is reasonable and for good cause shown;

Now, therefore, the Order Governing Discovery (ECF No. 16) is hereby amended as follows:

The standing Order Governing Discovery (ECF No. 16) is accordingly modified to allow disclosure as set forth herein. Defense Counsel is permitted to disclose, both electronically and in paper form, all discovery documents and evidence produced by the Government, including grand jury materials and any materials labeled "Restricted Access," to Mr. Ramaci, defense experts and defense trial presentation/IT consultants. Mr. Ramaci, defense experts and defense trial presentation/IT consultants are not to disseminate or allow any other person to view the discovery at any time by any means. The Court strongly cautions Mr. Ramaci, defense experts, and defense trial presentation/IT consultants that any violation of this Consent Order will result in serious sanctions. This Consent Order applies only to Mr. Ramaci, defense experts and defense trial presentation/IT consultants, and all other provisions of the standing Order Governing Discovery remain in place.

IT IS SO ORDERED.

                                          s/Richard M. Gergel
                                          Richard M. Gergel
                                          United States District Judge

March 28, 2024
Charleston, S.C.

With the Consent and Approval of:

                                          */s/ Jerry N. Theos*
                                          Jerry N. Theos, Esq. (Fed. I.D. 4055)
                                          E. Gordon Hay, VI, Esq., (Fed.ID 13490)
                                          Theos Law Firm, LLC
                                          11 State Street
                                          Charleston, SC 29401
                                          gordon@theoslaw.com
                                          jerry@theoslaw.com
                                          (843) 577-7046

                                          */s/ Joseph P. Griffith, Jr.*
                                          Joseph P. Griffith, Esquire (Fed I.D. 2473)
                                          Joe Griffith Law Firm, LLC
                                          946 Johnnie Dodds Blvd.
                                          Mt. Pleasant, S.C. 29464
                                          843.225.5563 (tel)
                                          joegriffithjr@hotmail.com

                                          ATTORNEYS FOR DEFENDANT

                                          /*s/ Amy F. Bower*
                                          Amy F. Bower
                                          Assistant U.S. Attorney
                                          District of South Carolina
                                          151 Meeting Street, Suite 200
                                          Charleston, South Carolina 29401
                                          amy.bower@usdoj.gov
                                          Office: 843-727-4381

                                          Attorney for the United States of America