IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs

**Jonathan Ramaci**

CR NO. <u>2:22-993</u>

**PLEA**

The defendant, **Jonathan Ramaci**, having withdrawn his plea of Not Guilty entered **January 24, 2024**, pleads **GUILTY to Count(s)** ___8 and 17___ of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

April 25, 2024