IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN RAMACI,<br><br>    Defendant. | CASE NUMBER: 2:22-cr-00993-RMG<br><br>**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT** |

  Comes now the Defendant, Jonathan Ramaci ("Defendant"), who, by and through his undersigned counsel, respectfully moves this Court for an extension of time for the Defendant to file objections and/or respond to the Presentence Investigation Report ("PSR"). Presently, the objections to the PSR are due Monday, September 30, 2024. Undersigned counsel requests that the due date for the Defendant to respond to the PSR be extended to Wednesday, October 30, 2024. The requested extension is necessary in order to afford the undersigned counsel adequate time to review and discuss the PSR and potential objections with the Defendant. The undersigned counsel have discussed this matter with Assistant U.S. Attorney Amy Bower and U.S. Probation Officer Amanda Mobley, who both consent to the requested extension.

  Based on the foregoing, the Defendant respectfully requests the Court grant the above-referenced extension of time to October 30, 2024 to file responses to the PSR.

          Respectfully submitted,

          *s /Jerry N. Theos*
          Jerry N. Theos, Esq. (Fed. I.D. 4055)
          E. Gordon Hay, VI, Esq., (Fed.ID 13490)
          Theos Law Firm, LLC
          11 State Street
          Charleston, SC 29401
          gordon@theoslaw.com
          jerry@theoslaw.com
          (843) 577-7046

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  &

&

Joseph P. Griffith, Esquire (Fed I.D. 2473)
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Blvd.
Mt. Pleasant, S.C. 29464
843.225.5563 (tel)
joegriffithjr@hotmail.com
ATTORNEYS FOR DEFENDANT

September 26, 2024
Charleston, SC