IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:22-cr-00993-RMG |
| Plaintiff, ) | |
| ) | **MOTION FOR CONTINUANCE OF** |
| v. ) | **SENTENCING HEARING** |
| ) | |
| JONATHAN RAMACI, ) | |
| ) | |
| Defendant. ) | |

Comes now the Defendant, Jonathan Ramaci who, by and through his undersigned counsel, respectfully moves the Court to continue the sentencing hearing in this case, which is currently scheduled to be held on December 20, 2024. The Defendant, through the undersigned counsel, respectfully requests that the sentencing hearing be continued to an available date and time not before February 6, 2024. The undersigned counsel have discussed this matter with Assistant U.S. Attorney Amy Bower, who has represented that she is ready to proceed on December 20th but does not oppose this request should the Court deem a continuance appropriate.

## BACKGROUND

On December 7, 2022, Defendant was charged in an Indictment (Case No. 2:22-cr-00993, ECF No. 3) with three counts of Wire Fraud, in violation of 18 U.S.C. § 1343. On January 10, 2024, the Government filed a Superseding Indictment (Case No. 2:22-cr-00993, ECF No. 85), charging the Defendant with twenty-one (21) additional counts. On April 25, 2024, Defendant pled guilty to Count 8 (Wire Fraud) and Count 17 (Filing a False Individual Tax Return) of the Superseding Indictment. Thereafter, on September 13, 2024, the United States Probation Office provided Defendant with a copy of the initial Presentence Report ("PSR"). After receiving an

1

extension of time, Defendant timely filed objections to the initial PSR on October 30, 2024. On November 26, 2024, U.S. Probation provided Defendant with a copy of the Revised PSR. Shortly thereafter, the Court scheduled the sentencing hearing in the above case to be held on December 20, 2024.

## ARGUMENT

Here, there is good cause in support of the instant motion for a continuance. As an initial matter, a continuance is warranted because Defendant's experts are not available to testify on December 20, 2024. Moreover, Defendant has character witnesses, family members and friends who are also unavailable to testify or be present on the above referenced sentencing date in light of their holiday and travel plans and/or respective work schedules. Additionally, Defendant has a previously scheduled intake interview for enrollment in a specialized PTSD treatment program at the Charleston VA Hospital on January 6, 2025. Notably, if enrolled, Defendant would like the opportunity to commence his treatment and, also, present confirmation of his enrollment in the program to the Court prior to sentencing. Furthermore, in light of the above referenced witnesses' and the undersigned counsel's availability and schedules, Defendant would further request that the sentencing hearing be rescheduled to an available date and time not before February 6, 2025. Lastly, Defendant would note that this is his first request for a continuance of the sentencing hearing, that the instant request is not being made for dilatory purposes, and that Defendant does not anticipate the need for any further continuances. Based on the foregoing reasons, Defendant respectfully requests that the Court grant the instant motion for a continuance, in order to afford him a full and fair opportunity to present relevant testimony and evidence at his sentencing hearing.

## **CONCLUSION**

Based upon the foregoing, the Defendant respectfully requests that the sentencing hearing in this case be continued to an appropriate date and time not before February 6, 2025.

                                            Respectfully submitted,
                                            *s /Jerry N. Theos*
                                            Jerry N. Theos, Esq. (Fed. I.D. 4055)
                                            E. Gordon Hay, VI, Esq., (Fed.ID 13490)
                                            Theos Law Firm, LLC
                                            11 State Street
                                            Charleston, SC 29401
                                            gordon@theoslaw.com
                                            jerry@theoslaw.com
                                            (843) 577-7046
                                            &
                                            Joseph P. Griffith, Esquire (Fed I.D. 2473)
                                            Joe Griffith Law Firm, LLC
                                            946 Johnnie Dodds Blvd.
                                            Mt. Pleasant, S.C. 29464
                                            843.225.5563 (tel)
                                            joegriffithjr@hotmail.com
                                            ATTORNEYS FOR DEFENDANT

December 5, 2024
Charleston, SC