| | |
|---|---|
| **From:** | Bower, Amy (USASC) <Amy.Bower@usdoj.gov> |
| **Sent:** | Tuesday, January 14, 2025 2:27 PM |
| **To:** | Joseph Griffith Jr; SCDdb_ecf_gergel; Lena Tapscott |
| **Cc:** | Jerry Theos; Gordon Hay; Crystal Perry; Whaley, Clarissa (USASC) |
| **Subject:** | Re: Jonathan Ramaci Sentencing - Liesel Ramaci sentencing |

**CAUTION - EXTERNAL:**

Judge Gergel:

The Government does not take the position that Ms. Smith is a victim of the offenses.

I am certainly not trying to get into a family squabble; however, the Defendant has introduced many pages of character evidence that he believes displays his good character. The Government did not solicit this, she reached out to my office when she saw the Defendant was indicted and asked if she could submit a letter.

The Government views it as appropriate for the Court to consider in its evaluation, just like the character letters the Defendant submitted are appropriate.

If you would like to have a phone status conference on this, the Government will make itself available.

Thank you very much,

Amy

Amy F. Bower
Assistant United States Attorney

---

**From:** Joseph Griffith Jr <joegriffithjr@hotmail.com>
**Sent:** Tuesday, January 14, 2025 2:20:07 PM
**To:** Bower, Amy (USASC) <ABower@usa.doj.gov>; SCDdb_ecf_gergel <gergel_ecf@scd.uscourts.gov>;
Lena_Tapscott@scd.uscourts.gov <Lena_Tapscott@scd.uscourts.gov>
**Cc:** Jerry Theos <Jerry@Theoslaw.com>; Gordon Hay <gordon@theoslaw.com>; Crystal Perry
<Crystal_Perry@scd.uscourts.gov>
**Subject:** [EXTERNAL] RE: Jonathan Ramaci Sentencing - Liesel Ramaci sentencing

Dear Judge Gergel:

We believe that the letter from Leisel Smith is not appropriate for the Court to consider and is quite inflammatory.
Ms. Smith admittedly has had no interaction with Mr. Ramaci in decades.
She is not a victim.
It was our understanding that you did not want to get into a family squabble that is 25+ years old.
So we would request that you not consider the letter, and not allow it to be submitted into the public record.

In the event you determine to consider this letter, we would ask that it be kept under seal.

Thank you,

*Joseph*

Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, S.C.  29464
843.225.5563 (tel)
843.723.6686 (fax)
843.810.8172 (cell)
joegriffithjr@hotmail.com
joe@joegriffith.com
www.joegriffith.com

---

**From:** Bower, Amy (USASC) <Amy.Bower@usdoj.gov>
**Sent:** Tuesday, January 14, 2025 11:31 AM
**To:** SCDdb_ecf_gergel <gergel_ecf@scd.uscourts.gov>; Lena_Tapscott@scd.uscourts.gov
**Cc:** Joseph Griffith Jr <joegriffithjr@hotmail.com>; Jerry Theos <Jerry@Theoslaw.com>; Gordon Hay <gordon@theoslaw.com>; Crystal Perry <Crystal_Perry@scd.uscourts.gov>
**Subject:** Jonathan Ramaci Sentencing - Liesel Ramaci sentencing


Dear Judge Gergel:

The Government will be filing its sentencing memorandum today, and I am attaching to this email a letter form Liesel Ramaci that has been provided to the Government.  She has requested this be submitted to the Court for its consideration in advance of Mr. Ramaci's sentencing.  While the Defendant filed his character letters as exhibits,  I have spoken with defense, and they agree to this being reviewed by you *in camera* if you are willing to consider it *in camera*.

Should you prefer it be filed, I can file as an exhibit to my memorandum.

Thank you very much,

Amy


Amy F. Bower
Assistant U.S. Attorney
District of South Carolina
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Office: 843-727-4381
Mobile: 843-708-5690


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.