UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Docket No: 2:22-cr-00993-RMG |
| v. | ) ) | |
|  | ) ) ) | **NOTICE OF APPEAL** |
| JONATHAN RAMACI | ) ) | |
| _____ | ) | |

Notice is hereby given that Defendant Jon Ramaci in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and/or sentence entered in this action before The Honorable Richard M. Gergel, United States District Judge, on the 7th day of February, 2025.[1]

By:   */s/ Jerry N. Theos*
Jerry N. Theos, Esq. (Fed. I.D. 4055)
E. Gordon Hay, VI, Esq., (Fed.ID 13490)
Theos Law Firm, LLC
11 State Street
Charleston, SC 29401
jerry@theoslaw.com; gordon@theoslaw.com
(843) 577-7046
&
*/s/ Joseph P. Griffith, Jr.*
Joseph P. Griffith, Esquire (Fed I.D. 2473)
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Blvd.
Mt. Pleasant, S.C. 29464
843.225.5563 (tel)
joegriffithjr@hotmail.com
ATTORNEYS FOR DEFENDANT

February 12, 2025
Charleston, SC

---

[1] The undersigned counsel have contemporaneously filed a Motion to Withdraw as Counsel in this matter.