THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | CASE NUMBER: 2:22-cr-00993-RMG |
| Plaintiff,    ) | |
| v.    ) | **MOTION FOR RETURN OF BOND** |
| ) | |
| JONATHAN RAMACI,    ) | |
| ) | |
| Defendant. | |

The Defendant, by and through his undersigned counsel, hereby moves this Honorable Court for an Order returning the surety bond and/or cash security in the above referenced case.

On or about December 16, 2022, the Defendant's spouse, Mrs. Haverly Ramaci, deposited a cash security in the amount of $5,000.00 as security for Defendant's bond. The Court entered a final judgment on February 7, 2025, sentencing Defendant to a term of incarceration in the Bureau of Prisons. To date, the Defendant has fully complied with the conditions of his bond. He will remain on bond and compliant with the conditions of his bond until such time he reports to the Bureau of Prisons.

Based on the foregoing, the Defendant respectfully moves the Court to enter an Order returning the above referenced surety bond and/or cash security to Mrs. Haverly Ramaci upon the Defendant reporting to serve his sentence in the Bureau of Prisons.

By:   Respectfully submitted,

*/s/ Jerry N. Theos*
Jerry N. Theos, Esq. (Fed. I.D. 4055)
E. Gordon Hay, VI, Esq., (Fed.ID 13490)
Theos Law Firm, LLC
11 State Street, Charleston, SC 29401
jerry@theoslaw.com; gordon@theoslaw.com
(843) 577-7046

&

                                      */s/ Joseph P. Griffith, Jr.*
                                      Joseph P. Griffith, Esquire (Fed I.D. 2473)
                                      Joe Griffith Law Firm, LLC
                                      946 Johnnie Dodds Blvd.
                                      Mt. Pleasant, S.C. 29464
                                      843.225.5563 (tel)
                                      joegriffithjr@hotmail.com
                                      ATTORNEYS FOR DEFENDANT

February 17, 2025
Charleston, SC