FILED: February 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4071
(2:22-cr-00993-RMG-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JONATHAN RAMACI

  Defendant - Appellant

_____

O R D E R
_____

  The court appoints the Federal Defender for the District of South Carolina to represent Jonathan Ramaci on appeal.

  Former counsel shall immediately provide new counsel with all case papers, including any prepared transcripts, and information of relevance to the representation.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk