THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:22-cr-00993-RMG |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN RAMACI, | ) | |
| | ) | |
| Defendant. | | |

This matter is before the Court on the Defendant's Motion to Return Surety Bond in the amount of $5,000. Specifically, Defendant has moved, that upon his reporting to the Bureau of Prisons (Dkt. No. 159**)**, for the return of the cash security posted by his wife, Haverly Ramaci**. Upon notice that Defendant has reported to federal prison, the Clerk is authorized to release the security posted by the Defendant's wife. Defense counsel is directed to advise the Clerk once Defendant has reported to the BOP.**

**AND IT IS SO ORDERED.**

RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

February 22, 2025
Charleston, SC